

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

12-29-2005

# Chen v. Atty Gen USA

Precedential or Non-Precedential: Non-Precedential

Docket No. 03-4887

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"Chen v. Atty Gen USA" (2005). *2005 Decisions.* Paper 37.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/37

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No. 03-4887

———————

XIA YUE CHEN,

Petitioner

v.

ALBERTO R. GONZALES, ATTORNEY GENERAL OF THE UNITED STATES

Respondent

———

On Petition for Review from the Board of Immigration Appeals
Agency No. A78-746-838

———

Submitted Under Third Circuit LAR 34.1(a): January 13, 2005

Before: SCIRICA,* *Chief Circuit Judge*, ROTH,
*Circuit Judge,* and IRENAS,** *Senior District Judge.*

———————

* This case was originally submitted to the three judge panel of Roth, Chertoff and Irenas. Judge Chertoff subsequently resigned and Chief Judge Scirica was designated as the third member of the panel.

** Honorable Joseph E. Irenas, Senior United States District Judge for the District of New Jersey, sitting by designation.

## ORDER VACATING OPINION

ROTH, Circuit Judge

    IT IS ORDERED that the Not Precedential Opinion in the above case filed July 21, 2005, be vacated.


          By the Court,

          /s/ Jane R. Roth
          Circuit Judge


Dated:  December 29, 2005
CMH/cc: NKWW, MJC, DEG, JLL, JDW